# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MATT SISSEL

        Plaintiff          Civil No.      10-1263  (BAH)

    vs.

UNITED STATES DEPARTMENT OF        Category     L
HEALTH AND HUMAN SERVICES et al

        Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on Jun 3, 2011 from Judge Richard J. Leon to Judge Beryl A. Howell by direction of the Calendar Committee.

(Case Not Related)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc: Judge Richard J. Leon    & Courtroom Deputy

Judge Beryl A. Howell    & Courtroom Deputy

Liaison, Calendar and Case Management Committee