UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATT SISSEL,<br><br>            Plaintiff,<br><br>            v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>            Defendants. | Civil Action No. 10-1263 (BAH)<br><br>Judge Beryl A. Howell |

## ORDER

Pending before the Court is the issue of whether the stay upon these proceedings, first entered by Minute Order on August 9, 2011, should be lifted following the United States Supreme Court's decision in *National Federation of Independent Business v. Sebelius*, 132 S. Ct. 2566 (2012) or whether the stay should continue, pending the resolution of the plaintiff's forthcoming motion to amend his complaint.  Upon consideration of the parties' [35] Joint Status Report, the Court finds that, in the interests of judicial economy, the stay shall continue until the plaintiff's motion to amend the complaint is ripe for decision, at which time the Court shall consider both that motion and the [23] Defendants' Motion to Dismiss.  Accordingly, it is hereby

**ORDERED** that the plaintiff shall file a motion to amend his complaint, if any, on or before September 11, 2012.  The defendants shall file any opposition to that motion on or before October 9, 2012.  The plaintiff shall file any reply to that opposition on or before October 26, 2012.  It is further

**ORDERED** that the stay of the Court's consideration of [23] Defendant's Motion to Dismiss shall continue until October 26, 2012, at which time the plaintiff's motion to amend his complaint will have been fully briefed.

**SO ORDERED**

Date:  August 1, 2012

                                                              /s/ *Beryl A. Howell*
                                                  BERYL A. HOWELL
                                                  United States District Judge