**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MATT SISSEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:10-cv-01263 (BAH) |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| HEALTH AND HUMAN SERVICES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

On September 11, 2012, Plaintiff moved for leave to amend his complaint in response to the Supreme Court's decision upholding the minimum coverage provision of the Patient Protection and Affordable Care Act ("ACA"), 26 U.S.C. § 5000A, as a valid exercise of Congress's taxing power. *See Nat'l Fed'n of Indep. Business v. Sebelius*, 132 S. Ct. 2566, 2601 (2012). Plaintiff's proposed amendment would modify the single count in his complaint, which challenges Section 5000A as being beyond the scope of Congress's enumerated powers, and add a new claim contending that the ACA's enactment did not comply with the Origination Clause.

As they are described in his motion, Plaintiff's proposed amendments are without merit. Plaintiff seeks to make minor changes to his challenge that Section 5000A is not authorized by Congress's power under the Commerce Clause, even though the Supreme Court has held that the provision is constitutional in its entirety. He attempts to add a new claim that the ACA was enacted in violation of the Origination Clause, even though the law's enactment was neither subject to the terms of the clause nor inconsistent with its requirements.

In the interest of judicial economy, however, Defendants will not oppose the filing of the proposed amended complaint.  While Plaintiff's amended claims will be subject to dismissal for failure to state a claim upon which relief can be granted, Defendants believe that these arguments can be raised and resolved through a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) after the complaint is lodged.[1]

Dated:  October 9, 2012.                              Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

IAN HEATH GERSHENGORN
Deputy Assistant Attorney General

SHEILA M. LIEBER
Deputy Branch Director

 /s/ Scott Risner
SCOTT RISNER (MI Bar No. P70762)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-2395
Fax: (202) 616-8470
Email: scott.risner@usdoj.gov

Counsel for Defendants

---

[1] Moreover, Plaintiff did not attach a proposed amended complaint to his motion.  While Local Civil Rule 7(i) states that "a motion for leave to file an amended pleading shall be accompanied by an original of the proposed pleading as amended," counsel for Plaintiff indicated to the undersigned that the proposed amendment was not attached to the motion because of the indication in the Court's Checklist for Attorneys Using the Electronic Filing System's that amended complaints "are not filed in ECF."  See http://www.dcd.uscourts.gov/dcd/sites/dcd/files/ECFAttorneyChecklist2011.pdf.